

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00301-CV

**IN THE INTEREST OF A.M.O., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01432
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant is represented on appeal by appointed counsel Christine Hortick.

By order dated June 11, 2018, Ms. Hortick was notified that the notice of appeal she filed was untimely. Ms. Hotick was ordered to file a response by June 26, 2018, presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. The order stated that if no response was filed within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). No response was timely filed; however, as previously noted, appellant is represented on appeal by appointed counsel. It is therefore ORDERED that Ms. Hortick file a written response to this court's June 11, 2018 order **no later than July 12, 2018**. If Ms. Hortick fails to file a response by that date, this appeal will be abated to the trial court to conduct an abandonment hearing, and the trial court will be instructed to consider whether sanctions should be imposed against Ms. Hortick for failing to comply with this court's orders.

The clerk's record was filed this appeal on June 6, 2018, making the appellate record complete. As a result, appellant's brief was due to be filed on June 26, 2018. If Ms. Hortick timely files an acceptable written response to this order by July 12, 2018, appellant's brief must be filed no later than July 16, 2018. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUNATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court